# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAUL THOMAS TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 10-0032-KD-B |
| DEPARTMENT OF HUMAN RESOURCES and CHILD SUPPORT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 26, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** this March 16, 2010.

                                                      <u>s/ Kristi K. DuBose</u>
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**